**DISMISS and Opinion Filed October 10, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01142-CV

**JOAN R. TARPLEY, Appellant**
**V.**
**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-06791**

## MEMORANDUM OPINION

Before Justices Lang, Fillmore, and Schenck
Opinion by Justice Lang

Before the Court is the October 8, 2018 letter from counsel for appellant requesting that

the Court dismiss the appeal. We construe counsel's letter as a motion to dismiss the appeal. We

**GRANT** the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

181142F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOAN R. TARPLEY, Appellant

No. 05-18-01142-CV      V.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, Appellee

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-06791.
Opinion delivered by Justice Lang. Justices
Fillmore and Schenck participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY recover its costs of this appeal from appellant JOAN R. TARPLEY.

Judgment entered this 10th day of October, 2018.